**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Miguel RAYO–CAMACHO, Spanish Interpreter Required, a.k.a. Miguel Rayo, a.k.a. Alejandro Gonzalez–Valdez, Defendant–Appellant.**

**No. 16-10453**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

Date Filed: 09/28/2016

Roberta Josephina Bodnar, Orlando, FL, Daniel Michael Baeza, Arthur Lee Bentley, III, Matthew H. Perry, Tampa, FL, U.S. Attorney's Office, for Plaintiff–Appellee.

Adam Joseph Nate, Tampa, FL, Rosemary Cakmis, Donna Lee Elm, Orlando, FL, Federal Public Defender's Office, for Defendant–Appellant

Before TJOFLAT, HULL and JILL PRYOR, Circuit Judges.

PER CURIAM:

Aliza Hochman Bloom, appointed counsel for Miguel Rayo–Camacho in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rayo–Camacho's conviction and sentence is **AFFIRMED**.